# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE DAVID HUMKE,
DISTRICT COURT JUDGE, SECOND
JUDICIAL DISTRICT COURT,
WASHOE COUNTY, STATE OF
NEVADA.

No. 77871

FILED

MAR 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on January 14, 2019, with the filing of a certified copy of the Stipulation and Order of Consent to Discipline regarding respondent David Humke. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC") Rule 29 (certified copy of consent order must be filed with clerk of the supreme court). Because this is a consent order in which respondent has waived his right to appeal under NRAP 3D, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:     David Humke
        Law Offices of Kathleen M. Paustian, Chtd.
        Nevada Commission on Judicial Discipline

19-12720